IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Access Living of Metropolitan Chicago, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 15-cv-2091 |
| ) | |
| James C. Cheng Living Trust, ) | |
| ) | |
| Defendant ) | |
| ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

It is hereby stipulated by and between plaintiff Access Living of Metropolitan Chicago and defendant James C. Cheng Living Trust that this case is hereby dismissed with prejudice.

This Stipulation for Dismissal with Prejudice of All Claims and Parties is based on Rule 41(a)(1) of the Federal Rules of Civil Procedure, and has been signed by counsel for all parties who have made an appearance herein.  Each party is to bear its own attorneys' fees and costs.

Dated: November 30, 2015               Respectfully submitted,

                                       /s/ Casey Fronk
Joshua Rabinovitz
Casey Fronk
Bill Watson
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000
(312) 862-2200 (fax)

*Attorneys for the Plaintiff*


 /s/_Phillip H. Snelling_____
Phillip H. Snelling
Jeffrey B. Gilbert
Johnson Jones Snelling Gilbert & Davis, P.C.
36 South Wabash, suite 1310
Chicago, IL 60603
(312) 578-8100

*Attorneys for the Defendant*

**CERTIFICATE OF SERVICE**

I, Casey R. Fronk, hereby certify that on November 30, 2015, I caused a copy of the foregoing to be served by filing the foregoing electronically through the CM/ECF system, which caused a Notice of Electronic Filing to the parties registered to the Court's CM/ECF system for this action, and by electronic mail upon the following counsel of record for Defendant:

> Phillip H. Snelling
> Jeffrey B. Gilbert
> Johnson Jones Snelling Gilbert & Davis, P.C.
> 36 South Wabash, suite 1310
> Chicago, IL 60603
> (312) 578-8100

>> /s/ Casey Fronk_____
>> Joshua Rabinovitz
>> Casey Fronk
>> Bill Watson
>> KIRKLAND & ELLIS LLP
>> 300 N. LaSalle
>> Chicago, IL 60654
>> (312) 862-2000
>> (312) 862-2200 (fax)
>>
>> *Attorneys for the Plaintiff*