## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Access Living of Metropolitan Chicago

                          Plaintiff,

v.                                            Case No.: 1:15−cv−02091
                                                    Honorable Daniel G. Martin

The James C. Cheng Living Trust

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 1, 2015:

      MINUTE entry before the Honorable Daniel G. Martin: In light of the parties' Stipulation for Dismissal [39], this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.